**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

**v.**                     **No. 3:17-cv-00241-DRH-SCW**

**ESTATE OF ROY L. HAYES, Deceased,**
**UNKNOWN HEIRS AND DEVISEES OF**
**ROY L. HAYES, Deceased, UNKNOWN**
**OWNERS, and NON-RECORD**
**CLAIMANTS,**
     **Defendants.**

**DECREE CONFIRMING**
**UNITED STATES MARSHAL'S REPORT OF SALE**

     This day comes Karen Simons, Chief Deputy United States Marshal, appointed by the Court to make sale and to carry into effect the said former Judgment Decree and Order Directing Sale of Mortgaged Property, and makes report of his proceedings and the Court having duly examined the same finds that the United States Marshal has in every respect proceeded in accordance with the terms of said Judgment Decree and Order Directing Sale of Mortgaged Property, and that said sale was fairly made, and the Court being fully advised on the premises;

     **IT IS ORDERED**, **ADJUDGED**, **AND DECREED**, that the proceedings of the sale and report of said United States Marshal be, and the same are hereby approved and confirmed.

     **IT IS SO ORDERED.**

Judge Herndon
2017.11.30
12:54:54 -06'00'

**UNITED STATES DISTRICT JUDGE**